UTICA,
Aug. 1828.

THE PEOPLE vs. T. PERKINS.

Merritt
ads.
Arden.

IN this case a verdict was taken against the prisoner in his absence. He had been indicted and tried for a forgery. When the cause was submitted to the jury, he was committed to jail; and on the coming in of the jury, their verdict was received without the prisoner's being brought into court. On being brought up to receive sentence, he objected that he had not been present when the verdict was received; and the court of sessions of Oneida county, before which he had been tried, suspended judgment until the advice of this court could be obtained.

A prisoner tried for felony, must be present on the taking of the verdict.

*By the Court*, SAVAGE, C. J. We are of opinion that the verdict was irregular. The prisoner was indicted, and tried for an offence, formerly called capital. And though many of the ancient forms on trials are now dispensed with, the prisoner should have been present on receiving the verdict, so that he might have availed himself of the right of *polling* the jury. We advise that the verdict be set aside, and that there be a new trial.